**UNITED STATES DISTRICT COURT**
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: March 17, 2022
```

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

               Plaintiff               **SCHEDULING ORDER**

    -against-                               7:21-mj-10410

Jason Van Dunk
                    Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a waiver of indictment and change of plea for 3/22/2022 at   1:00 pm before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

     Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire.  The questionnaire is located on the Court's website at https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated:  3/17/2022
         White Plains, New York

                                                  SO ORDERED:

                                                  s/        PED
                                                  _____

                                                  PAUL E. DAVISON
                                                  United States Magistrate Judge